**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-591**

---

In Re: WILLIAM E. MATTINGLY,

Petitioner.

---

On Petition for Writ of Mandamus.  (CR-94-4-2)

---

Submitted:  July 15, 1997          Decided:  September 9, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

William E. Mattingly, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William E. Mattingly petitions this court for mandamus relief. He complains that the district court failed to acknowledge and forward appeals from orders denying his motions for return of property. Our review of the district court docket sheet and Mattingly's exhibits convinces us that Mattingly is entitled to an appeal, as noted in the district court's order of December 6, 1995. That appeal has now been docketed with this court, as United States v. Mattingly, No. 97-6795. In addition, Mattingly's appeal from the district court's denial of his motion for reconsideration of the December 6 order has been docketed as United States v. Mattingly, No. 97-6583. Because Mattingly's mandamus petition is now moot, we deny the petition. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2